ACCEPTED
01-15-00950-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/20/2015 10:53:37 AM
CHRISTOPHER PRINE
CLERK

# Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 77081
Main: 713-844-3400

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/20/2015 10:53:37 AM
November 20, 2015
CHRISTOPHER A. PRINE
Clerk

**Via E-File**

The Honorable Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin
Houston, Texas 77002-2066

Re:     Request for electronic copy of the Trial Court's Clerk's Record in Case No. 01-15-00950-CV; *Glenn Herbert Johnson v. Linebarger Goggan Blair & Sampson, LLP, et al.*; In the First Court of Appeals; Trial Court Cause No. 2015-00723

Dear Clerk:

I am writing to request an electronic copy of the Trial Court's Clerk's Record which was filed on November 19, 2015. A representative from our office will pick-up the disk later today.

Thank you for your assistance in this matter. Please contact me if you have any questions.

Sincerely,

Nick Nicholas

cc:     Via Electronic Mail
Glenn H. Johnson (prairie_view_grad@yahoo.com)
Mohammed Ali Zakaria (ali@zakarialaw.com)
Robert Paddock (Robert.paddock@tklaw.com)

*Edward J. (Nick) Nicholas          Direct: 713-844-3405          Fax: 713-844-3504          Nick.Nicholas@lgbs.com*